FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2:24-cv-00025-MKD

JAN 29 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

Look up This Case Please

Please Read This " do You have Brothers' Sons' A Dad+ Im Black And In Texas + Alls True" In This Cover up" Please help me" Contact USA President To Show Just Whats Being Done To Innocent Black Men Still ToDay In Texas. Easy To Show "

InVestigating False Imprisonment Case# Dallas Tx. Case # F-14-76338-P. All IT Takes IS ONE question' ON The BACK OF Page#3. To Judge Horan OF Dallas Tx. This Card IS Sent To U.S. Courts Washington Eastern District - PoBox#1493 SPoKane WA.# 99210. I Filed A Grievance here 'ITs ON Camer 2-Times In 3-Weeks (They have had my legal mail From Courts For over 60 Days on Camer 'Denied

Denied Use OF Courts:

↘ CoPyed Card" 1-14-24 Joe Garrison #2097855 Clements Unit " Tx. Simple CONTACT USA President Biden *

Each Time Judge Sends mail " They hold IT over #60 Days - Pass - Court deadline For IT To be In Court Before Deadline - ITS on Camer" Clear As Day IF I kill myself The Courts will Say We Are →

Denied use a Courts

Use OF The Texas Courts
From Clements Unit " Why
WANT A Judge ASK JUST #1
question 'Calvin was There A Fight
with Clyde???

Why Can't I Tell A Judge Every-Thing' Just one Time' Or by Phone" Since Found out The Truth" Here' And Im Being Denied

Transcript Volume 003 of 006
F-14-76338-P NORTH TEXAS TX P&DC
Dallas Tx. (2016) DALLAS TX 750
28 DEC 2023 PM 9 L
Page #26 and #27. Premeditated Purjury.
← Ask
Calvin Prince #2703 Canberra St. Dallas Tx
#75224 Phone (214) 943-3249- Calvin did
You have A Fight with Clyde who worked
On your moms
House" Witness's Saw
The Fight" I Found out
#8 years later" "Hate Crime"

Joel Garrison Inmate # 02097855
TDCJ – Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

TO: United States President *
Joseph Robinette Biden JR..
*I Am Tired *MUST I Kill MYSELF *Look In To Case F-14-76338-P Dallas TX. Dallas County Courts of 2016" False Imprisonment " One question will SenD This mHm R Innocent man Free. Some Judge only need to ask Calvin Prince did he have A Fight with Clyde' Who worked on his moms house" he was almost killed" His mom Said There was not A Fight.

US Courts
Po Box# 1493
Washington
Spokane WA.
99210

Must I kill myself.?? To get Someone to look at This Case" And Read The Truth (Easy To Check) +
Why In The Hell Is This Black MHMR Indigent man" In A Texas Prison At All+

TO* OFFICE OF Clerk*

Please Help me" In This Texas* Cover up I Am Innocent" And hurt In heart?
*Why want Someone" Anyone Just Check* There's A Camer In Front of my Cell That works" How Can I Use The Courts' IF The MailRoom don't give me my Legal Mail. Or Open IT Then Bring IT 60 Days after Deadline Is over" That Judge Put on The Papers on The Inside*
This Is The 3rd letter From Clements Unit MailRoom" That has Stoped me From Contacting The Courts Or A DA. OF Texas" Courts Camers don't lie. I Keep Writing To Your Courts Seeking Help In Showing I Am Innocent* And Being Denied From Using The Courts" And knowone will even Check That All Is The Truth I Write To You → Turn
Turn This over

*To Be A Black MHMR Man In Texas*
Rights To The Courts I Am Asking 'To go
Too Dallas Courts 'To Talk Too A Dallas Tx.
Judge An' Tell All" Without Some Fool
Telling me not To Tell This And That*:
I Know All The Truth now* 8 Years later*
Ivé been locked up 35 Years In Tx.
MHMR" 60 Years old" And Innocent*
Untill I Die" Someone doe's not want me
Contacted The Courts At All" And I Sure Can't"
If Mailroom 'Law Library or Anyone will
help me' or give me my mail Untill After Courts
Deadline - I don't have A Pro Bono lawyer
Im Indigent of The State From The Date of
This False Case" Ivé got letters back
Stating" They Could not Read what I Wrote*
From September 23rd 2014" For #4
Jur Trials I lived In A MHMR Cell" And was
Indrgent of State All The Time 'Would
Not Take #6 years - For A Crime That
Never happend - For 2-Dam Years They did
not walk Two(2) house's Away And Talk To my
Family - Or Talk To mom At Scene of Crime
Please Read next Page Says Tears

#2097855 Copyed 1-16-2024

Please Read This" Denied to Use The Courts Here Again" Ivé never had A Problem with Unit mailRoom - For Them To hold my mail" *Im Tiérd OF This" *Cover up* here IN Texas" Contact The United States Presidents OFFice AFTer You Read This" must I kill myself

Joe Garrison
Clements
Unit TX.
JG

Premeditated Purjury,

Constitutional Amendments
Rights To use The Courts--
→ One question will Free This man'
She Said There was know Fights #8 Years
Ago 'At JuryTrial - Page #26 And #27. Transcript
Volume 003 of 006 Clear As Day To Jury.
This mans Family Almost Killed her Only Child her Son.

F114-76358-P
Dallas Tx

U.S. District Court of Eastern District of Washington Po Box 1493"

* Tears *

Year 2016" Dallas County Courts Dallas Tx.

Anyone That looks at Case # F-14-76338-P SID# 03332261" Copied Typed

Joe Garrison #2097855

will see That in Joe's Transcript 003 of 006

This Case Is A False Imprisonment Case Clear As' Day Then Using Weapons To Show The last Jury number #4 " That was never ever at The Scene of Crime" Yes - All Someone had To Do For 2 Dam Years was walk only #2 houses Away and Talk Too This' MHMR's man Family - And yes he is Black - *Truely*

Now 8 Years later - Why want Dallas Tx. DA.'s Office Ask This lady's Son" Under oath - did Joe's mom and Brother Kick his AZZ" In There Front Yard After" She Sent her Son To There house - only Two house's Away To Beat up Clyde" The MHMR's mans Brother * In Front of Witness's but of course They didn't ask anyone else anything at all' Detective Chris Walton" For The DA's Office Then would not look in Joe's Car and get The 32 Silver Pistole' (Still in her name)" Joe Said She gave him After Sex August of 2014 on her Sofa" They were lovers he Told Jury Number #1. She Said They were not" Well why didn't They ask his mom" and She Said to The Courts" They were never lovers' And he only been To her house Two (2) Times" well how doe's he know about A Gun' That was never Reported Stolen ever Then. *How do Joe Know She had her Insides Cut out In A Dallas Tx. Hospital' Female Problems After She had her only Son Calvin" Things A man That has not been To your house only 2 Times' would not know. Unless you were lovers.

Why They did not look and See If Joe had Cloths In her house" he even To Where They were in what draw in her Bedroom" How he Stacked The Towels he Folded" And What order' and Color was on top' when he Put Them In The Bathroom. Why Detective And Dallas Tx. Police' moved Items around In her house Sept 20th 2014" Why not Talk To his mom Right outside At Scene of Crime. She walks There with The Dallas Police" And They lost her Witness Statement Soon as She Dies" March 14th 2016 - While he is in Jury Trial number #2' hearing ms. Prince lies on A 6 Year old Child name (lil Reco) To Retired Judge Teresa Hawthorne Who gave Joe his" Second mistrial (#2) Joe's lawyers would not ask Judge To Dismiss This Bullshit. mistrial number #3. Truck Driver Steps down' From Jury Box' Says Your Honor" I dont get Paid To her her Set up There' with These False Storeys" Jury Trial number #4 To Put This Innocent Black man MHMR and Indigent of The State - The DA. ms Guio" go's get Some one's Cut up Underware" not Tested For DNA For Case" - Turn Page Please →

US Courts Washington

Spokane WA 99210

Joe Garrison 2097855

Someone would Know? I would not Take One Day* For This Case" Im Innocent* Ivé never had A Fight or hurt A Female In my life" Im 60 Years Old

→ Underware Cut up DA. Plus Detective Chris Walton" Shows Them Plus Joes 10½ Inch Ice Pick To Jury#4. That Joe gave To Dallas Tx. Police Luis Sanchez" 3-Days later on Sept" 23rd 2014" And Victim ms. Prince had already Told Jury number #1. Clear As Day - She never saw A weapon ever*

Joe's lawyers just sat There And let This Innocent Black MHMR Man - go To Texas Prison" like In The Slave Days Back In 1867. * A Ice Pick don't Cut Cloths ever *

Copyed 1-14-24

ITS So much more look -

Phone Bill In Evidence" Pury again - ms Prince set her Sorrie AZZ up There with DA's help 'And Says She Called Joe's mom Ellener" Every other week" Sometimes more" From January To September 20th 2014 Phone Bill Shows She Called only one Time All year' And That was The night She me Joe The MHMR man In his moms Front Yard.

All Is True - At about Age 67"

She Told The Dallas Police Joe Beat her "Raped her" Stuck her In her Neck And Arms with A Sharp object So Small She Couldn't See IT" And he Cut her Panties OFF her To do IT She lies*

Nurse From Hospital of 11 Years Tells Jury #1 I Checked ms. Prince neck' Arms' And From Head To Toe" The Spots She even Showed me on her Neck. There was not one Bruise or Tender Spot on her Any place *

Joe Garrison 2097855 Clements Unit Tx.

Why Want Someone Contact her Son"

And everyone will know Why She has lied" Joe's Family Almost Killed her only Son Calvin" All They have To do Is Call (214) 943-3249 Calvin Prince #2703 Canberra St. Dallas Tx. 75224. Ask him To Come Downtown To Dallas Tx. Judge David Horan" Under OATh" Cause witness Saw The Fight Joe didn't even live In Dallas Tx yet.

→ Ask one question Calvin did You have A Fight with Clyde who worked on your moms house" did You Two have A Fight In Clydes moms Front Yard - only 2-houses away.

Please have Any Judge or Contact The Presidents Office with This Crime* Revenge To get even Premeditated Purjury To use The Courts To harm ones Family - with Intent" She Took her Son To The Hospital herself.

Denied Again here in Texas once more" Denied help to File Papers" Denied To use The Courts at All. Because my mail - This very letter was in Clements Unit mailRoom For over 60 Days" Pass The Deadline For it to be in Dallas Tx. Courts Denied my Freedom here. Denied To Tell The Truth.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

I Am Innocent * → On Camer, at Cell ← Got letter 1-4-2024" its been in mailRoom Since → OCT-2023. Clements unit.

JOE L. GARRISON, TDCJ No. 2097855, Petitioner, (Easy To Show) #3.

v. False Imprisonment"

DIRECTOR, TDCJ-CID, Respondent. F-14-76338-P Dallas Tx.

No. 3:23-cv-2191-X-BN

Constitutional Rights To Use Court System" (First Fifth) And Fourteenth - Grievance on File at Clements Unit Dated 1-4-2023 → Requesting To See A Dallas Judge

Page *3.

Texas

Copied 1-14-24 Joe Garrison Clements Unit

## NOTICE OF DEFICIENCY AND ORDER

Texas prisoner Joe L. Garrison, proceeding *pro se*, mailed multiple indecipherable pages to the United States District Court for the Eastern District of Washington. *See* Dkt. No. 1. The Eastern District of Washington construed Garrison's submission as an application for a writ of habeas corpus under 28 U.S.C. § 2254 and transferred it to this district under the mistaken impression that Garrison is incarcerated in this district. *See* Dkt. No. 3. United States District Judge Brantley Starr then referred Garrison's case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b).

While Garrison was incarcerated at TDCJ's Clements Unit, in Brazoria County, within the Galveston Division of the Southern District of Texas, *see* 28 U.S.C. § 124(b)(1), when he filed this lawsuit, Garrison was most recently convicted of aggravated assault in Dallas County, *see* Dkt. No. 1 at 3 (referencing F14-76338-P). So, insofar as Garrison challenges a conviction and sentence entered by a state court in this district, the undersigned enters the following order.

Weapon Showed To Jury number #4 After Victim Told Jury number #1 IT was never At her house Ever. False Imprisonment - All Day long.

Transcript Volume 003 of 006 Page #19.

Request On Back? *3.

The Cover up - False Imprisonment - False Evidence" Purjury* Ineffective Assistance of Counsel - For 2- Years Know one Talked To Witness's At [illegible] Scene of Crime" or walked only 2- House's Away 'And Talked To Witness's lost This MHMR mans moms witness statement The Day She died.

Denied To use Courts
Denied To Show The Truth

"Truth Found out #8 Years later She Use The Courts To hurt Joe's mom And Brothe For Almost Killing her Son In A Fight."

↓ *** Request Contact" ↓

* Judge David Horan" Plus United States President-Biden

Since Joe Garrison #2097855 Is Being Denied help To use The Courts over And over"

Copyed 1-14-24 Tx. Joe Garrison #2097855

Requesting → For Judge David Horan
United States- Magistrate of Northern District of Texas"
→ To Ask Calvin Prince #2703 Canberra St. Dallas Tx. 75224 Phone (214) 943-3249
Under Oath- Ask Calvin Prince Did You Calvin have A Fight with Clyde Who worked on Your moms house"

Transcript Volume 003 of 006" Purjury with Intent" Dallas Tx. 2016" Case# F-14-76338-P Page #26 And #27.

Under Oath Victim - Tells Jury There was never (1). Arguments (2) Trouble (3) Page 27. (4) Fights (5.) or Disagreements with Clyde' (Joe's Brother Who She Said on Page #26. worked For her" never Had Problems with There mom Ellener Either.

Page 26. ↗

Joe's Brother And mom Almost Killed Calvin. & Clydes moms Front Yard & She Sent her Son To Beat up Clyde' I Joe Didnot Know At Court" mom Dies" Same Day while This Is In Jury Trial March 14th 2016 Her Dam Son Was Not At #4 Jury Trials To hear her lies" To Courts.

Mom Gave A Witness Statement Page #43. To Dallas Police At Scene Of Crime"

Help ??

Clements Unit Tx.

Please ↙ Contact

United States Magistrate Judge Horan"
US. Northern District of Texas #11 Commerce St. Room# 1452
Dallas Tx. #75242-1310

Its A Crime To Use The Courts Under Oath For Revenge (1) ' Premeditated (2) + (3) Aggarvated Purjury (4) with Intent To harm Other's' by using The Courts To do So.

→ I Just Want To Put Flowers On Moms Grave.

She was At Scene Of Crime Page #43. And Page #119. Mom died They lost her Witness Statement Same Day" In Court March 14th 2016 Dallas Police.

* Revenge Premeditated PurJury to get even by using The Dallas Tx Courts To harm Joe Garrisons Family by using The Courts to lie To Do So" For A Fight" That Victim States never was one under oath.

Inrespect

False Imprisonment

Sir" will You" Please help me" I have To Find A Simple Pro Bono lawyer" Anyone Since Know one will make one Simple Phone Call to Retierd Judge Teresa Hawthorne who was my Judge In 2016 - Who Told me To Contact her when I Found out The Truth* They Stoped her Certified mail In 2021 From Clements unit To Dallas Courts To her. Well I'll Remember everyone Who Just wants money From me" Anyone Who Can Read Know That A Ice Pick That was never At The Scene of Crime Page #19 - Transcript Volume 003 of 006 + Page #120 And A Pair Cut up underware Untested For DNA either Item" And was Showed To Jury number #4" To Put me In Prison" Page #88 And #120

A Ice Pick anyway Cant Cut Cloths.

Then I Find out my Family almost Killed her Son before I moved To Dallas Tx. In 2014 And I Am being Stoped From Telling The Truth. I Found out 8 Years later. And Knowone will Ask him - One question Did he have A Fight with Clyde who Worked on his moms house" Page 27 And 26. She lies To Jury Says There was Know Dam Fights or Trouble.

Ineffective Assistance Of Counsel"

Page #43" Witness Bobby Kelly - States my mom was at The Scene of Crime" with The Dallas Police" Page #119 - Detective Chris Walton For 2-Years he or my Lawyer Robbie McClung" Who didnot Talk too my Family For 2-Years. Letter In Evidence" I wrote From Jail Asking for my Lawyers To be Fired"

→ my Lawyers would not ask for my Case To be Dismissed The Day I was Told my mom Died by Judge Hawthorne" March 14th 2016 - She gave me my Second Mistrial That Day For Straight lies about A Six (6) Year old little boy From Next door (She) ms Francis Prince Said walked Through A locked Gate.

I Asked my Lawyers Then And There (To Ask The Judge To Dismiss) This Bullshit. They lost moms witness Statement" She gave To The Dallas Tx Police" At Scene of Crime Sept 20th 2014. Page #43 mom walks To Scene of Crime with The Dallas Police" She Told me on The Phone" I Called From Dallas County To her house" (214) 946-5437" From A MHMR Cell" She Said I gave A Statement. And I Told You Joe" That I didnot want Francis Comming To my house Sneaking Around with You" (She To Dam old For You) And A Know good bitch" moms words -

Please Read Page #2

To U.S Courts PO Box 1493 Washington WA. 99210

Copyed 1-14-24 JB



letter From This Place 1-11-2024

Clements Unit MailRoom STAFF- had United States Courts mail From Oct- 2023 To- Jan-4-2024

Everyone wants money & From me - They wrote me First - In 2023 - They has looked at This Case already - I am MHMR but not A Dam Fool- Indigent of State Since This Case Date- of Sept 2014 - I'm mad now Constitutional Right To Use The Court System - Is being Denied in Dallas Tx. Cause mailroom didnot Give me my mail untill over 50 Days Pass Deadline Set by - Judge David Horan.

Dallas Tx. Courts 2016 - Dallas Tx. Case# F-14-76338-P - SID 03332261

**CONVICTION**
INTEGRITY GROUP

**Thursday, December 28, 2023**

Joel Garrison Inmate # 02097855
TDCJ – Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

Dear Joel,

Thank you for contacting us. I have received several letters from you. While I sympathize with your situation, I hope you understand that we are very busy and only have so many resources available to us. In a perfect world, we would be able to help everyone, but unfortunately, we are unable to take pro bono cases or work on contingency. Do you have someone we can contact, other than Judge Hawthorne, who can assist you with paying our fees? If so, please write back with their name and phone number.

Revenge Premeditated Purjury To Use The Courts To harm others. In 2021 [illegible] Certified mail Come up missing Sent To Dallas Tx. Courts To Judge Teresa Hawthorne Who Told me To Contact her - When I Find out The Truth. of Why Ms. Prince Was In her Courtroom Telling lies on me to her Face - To Cause mistrials - And Purjury After Purjury.

I wish you the best.

Scott Poggensee

Texas Private Investigator
License # 107865601

D. Scott Poggensee, Licensed Private Investigator
Conviction Integrity Group

8 Years later - I Found out From Prison my Family Almost killed her Son - I Our moms Front yard In Front of witness

She Sent her Son To beat up my Brother Clyde She Knew I didn't Know One Thing About This Stuff Page 26 And 27. Transcript Volume 003 of 006 (1) 2016 Jury Trial - She States There was never Trouble (2) Arguments (3) Disagreements or (4) Fights - my mom Ellener And brother Clyde - Almost Killed her only Child Calvin Prince - She Took him To A Dallas Tx. Hospital herself.

Witness Saw This - Know one Asked my Family In 2 years Only 2 Houses Away. Yes I'm Black In Tx.

3001 S Hardin Blvd, Ste 110-310
McKinney, TX 75070
(888) 231-5388 Office
Info@JuryIntegrity.com
www.JuryIntegrity.com

To. US District Court of Eastern District of Washington " → Clerk of Court PO Box. #1493 Spokane WA. #99210

*1. Please Forward To United States President Joseph R. Biden Jr.
2. Please Forward To - United States Magistrate - Judge David Horan Northern District of Texas. #1100 Commerce ST. Room #1452 Dallas Tx. 75242-1310.

* Constitutional Rights Violated " Denied To Use Courts" From Clements Unit Mailroom"

Joe Garrison #2097855 Texas.

Help * Free Joel Garrison "#2097855 *

I Joel Garrison got 2-letters This week I Am very upset And Tired of Just want-ing The Simple Truth Showed And Told' I was In A MHMR Cell And Indigent of The State of Texas' Dallas County Courts* 2016 - For #4 Jury Trials I would not take #6 Years For A Crime That never ever happend.

For 2- Years All Someone - Detective Chris Walton Page #119. and Page #43. did not Talk To my mom Elleven Witness Bobby Kelly said To Jury number #1. Joe's mom walked To Scene of Crime with Dallas Tx Police From her house only 2-Houses away - For 2-years he did not Talk To her Know one did' Just Put This Innocent MHMR man In Jail.

MHMR on 6 - Pills A Day" Joe Said not Guilty" Page #111 Detective Filed This without Talking To me or Anyone else at All.

Copied 1-14-24 Clements Unit

Constitutional Rights Violated' Denied To Contact The Dallas Tx Courts" I wish To be Sent To Dallas Tx. Dallas County Courts To have help To File out The Papers For Magistrate Judge Daivd Horan' of The Courts Who Sent A letter 'With Large Print On The Outside Stating Legal Mail". This Is The 3rd Time" my Actions And Use has been "Not Sent" Now Denied" Due To Clements Unit mailroom here. On Camer Date of 1-4-2024" It's A Camer In Front of my Cell 12-2-42" AD-Seg Restriction Cell' It Works Too. Date And Time" Time 12:55 Pm Date 1-4-2024 - mail has been In Clements Unit mailroom For over #60 Days" Since OCT- of 2023" They gave It To me at This Cell Jan - 4- 2024" Inside Is Court Papers letter was already open From mailroom with Tape on It" Inside Is A Deadline Date From Judge David Moran" of United States Magistrate Judge of Northern District of Tx. Case No. 3:23 - CV- ▆ 2191-X- BN

For Appealet To Show my Innocents For *False Imprisonment" For DA. Ms. Guio" Page Showing Jury number #4 A 10 ½ Inch Ice Pick That was never at Scene of Crime Page #19. Victim Told Jury #1. Herself.

CONSTITUTIONAL Right (FIRST FIFTH) AND FOURTEENTH Broken.

Page #2 - TD.C.J. Clements Unit STAFF IN Tx. Doe's Not Respect The Courts AT All' I Sent Judge Horan A Indictment From here - Showing A STAFF OFFicer WAS Fired - Robert Earlsey For Saling Inmates liquor" And Jumped on me here. Indictment Dismissed" Dope And A big Party house here.

*Please get me To Dallas Courts So I Can have help To File Papers' IF Judge Horan will grant me Papers There with help' From The Courts To File - And Fill These Papers out' ASAP. Witness's were with mailRoom' when She gave me my Letter" (She) mailRoom must Sign To bring legal mail To AD-Seg - 12-BID Housing" ITS A large Book AT Front door. On The Front OF The Envelope She Put (TM) For her name.

Copyed 1-14-24 I Filed A Grievance here - , Grievance OFFice 1-5-24 - With STAFF TDCJ officers names That WAS with mailRoom STAFF DATE And Time" 60 Days or more Is A long Time" To hold U S mail From The Judge. DATE IT got To MailRom Nov 2023

*On Camer Again" Late Legal mail From Clements Unit mailRoom On JAN-10-2024 Again mail has been In mailRoom Since Nov of 2023 2023

*Letter From John Creuzot - District Attorney " Frank Crowley Courts BID. #133 N. River Front Blvd. LB-19 Dallas Tx #75207-4399 Phone(214) 653-3604.

→ About * A Investigation of This Case By Conviction Integrity Unit OF Dallas Tx. - I Am Very upset I need To use The Courts To Clear A Very easy Case" After #3 mistrials Already. *8 Years later All They have to do Is ASK Calvin Prince #2703 Canberra ST. Dallas Tx. #75224 Phone (214) 943-3249 Did he have A Fight with Clyde who worked on his moms house. He was never AT #4 DiFFernt JuryTrials ever" Ask him In Front of A Dallas Tx. Judge. In This Case OF False Imprisonment" Who lost This mans moms Witness Statement From Scene OF Crime Page #43 And Page 119. Transcript Volume 003 OF 006

Why Is Joe Garrison In Prison - For 2-Years Knowone Talked To his Family only 2-House's away - or Anyone else 'But Francis Prince who has told lie After lie" easy To Show" F-14-76338-P - SID 03332261 Constitutional Right "Right To Court* Joe l Garrison #2097855 Denied use of Courts"